**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID DEWAYNE OCKERMAN,                                                                    PLAINTIFF
ADC #88638

v.                                          No. 4:11CV00545 JLH-JTK

HANCOCK LANE & BARRETT;
and JOHNATHAN T. LANE                                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that the complaint be, and it is hereby, DISMISSED without prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the Memorandum and Order dismissing this action would be considered frivolous and not in good faith.

IT IS SO ADJUDGED this 12th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE